```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 02/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MARY J. FAYET,

                                   Plaintiff,

                   -against-

TARGET CORPORATION and PRINCESS ANREWS,

                                   Defendants.

----------------------------------------------------------------X

**ORDER ADJOURNING
SETTLEMENT CONFERENCE**

**20-CV-3191 (LTS) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of this case having been remanded to New York State Supreme Court, Bronx

County on February 22, 2021 the Settlement Conference currently scheduled for **May 24, 2021**

is hereby adjourned *sine die*.

        SO ORDERED.

Dated: February 23, 2021
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge